Commonwealth of Pennsylvania, Department of Transportation, Bureau of Traffic Safety, Appellant *v.* John S. Mihalick, Appellee.

Submitted on briefs, May 8, 1981, to President Judge CRUMLISH and Judges ROGERS and WILLIAMS, JR., sitting as a panel of three.

*Harold H. Cramer,* Assistant Attorney General, with him *Ward T. Williams,* Chief Counsel of Transportation, and *Harvey Bartle, III,* Acting Attorney General, for appellant.

No appearance for appellee.

OPINION BY PRESIDENT JUDGE CRUMLISH, June 12, 1981:

The Pennsylvania Department of Transportation, Bureau of Traffic Safety, appeals a Berks County Common Pleas Court order which sustained the appeal of John S. Mihalick from the thirty-day suspension of his driving privileges. We reverse.

On February 20, 1979, Mihalick was convicted of passing a stopped school bus in violation of Section 3345 of the Vehicle Code.[1] Upon receipt of the certification of conviction, the Department notified Mihalick that his privileges were suspended for thirty days as mandated by Section 1535 of the Vehicle Code.[2]

The lower court sustained Mihalick's appeal on the strength of his assertion that, due to his advanced age and medical condition, he failed to observe the bus's flashing lights.

In *Commonwealth of Pennsylvania, Department of Transportation, Bureau of Traffic Safety v. Seiscio,* 56 Pa. Commonwealth Ct. 45, 424 A.2d 566 (1981), we held that an underlying criminal conviction may not be collaterally attacked in a subsequent suspension appeal which is civil in nature.[3]

Reversed.

ORDER

The Berks County Common Pleas Court order dated July 30, 1979, at No. 2724, 1979, is reversed; and the suspension of the motor vehicle operating privileges of John S. Mihalick is reinstated.

Date: June 12, 1981

---

[1] 75 Pa. C. S. §3345.

[2] 75 Pa. C. S. §1535.

[3] In *Seiscio*, we held that the trial court erred when it sustained an appeal for a violation of Section 3345 (then Section 1018) on the strength that the appellant below was unrepresented by counsel.